UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KONSTANTIN JELEBINKOV ) | |
| ) | |
| ) | Case No. 1:14-cv-07372 |
| v.   Plaintiff, ) | |
| ) | Honorable Andrea R. Wood |
| ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| BLATT, HASENMILLER, ) | |
| LEIBSKER & MOORE, LLC ) | |
| ) | |
| Defendant. ) | |

**LOCAL RULE 56.1 STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff, KONSTANTIN JELEBINKOV ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., submitting this statement of material facts to which there is no genuine issue and which entitles Plaintiff to summary judgment in his favor, as follows:

**The Parties**

1. Plaintiff is a natural person residing at 7406 West Arcardia St., Morton Grove, Illinois. Plaintiff has resided at the aforementioned address for the last 18 years. *See* Exhibit A, 4:7-10, attached hereto is a true and accurate copy of the transcript of Plaintiff's deposition. *See* Exhibit B, ¶5, attached hereto is a true and accurate copy of Plaintiff's declaration.

2. Defendant Blatt, Hasenmiller, Leibsker & Moore LLC ("BHLM") is a law firm organized as an Illinois limited liability company with its principal office located at 10 South LaSalle St., Ste. 2200, Chicago, IL 60603. *See* Exhibit C, ¶5, attached hereto is a true accurate copy of BHLM's Answer to Plaintiff's Complaint.

3. BHLM is a "debt collector" as that term is defined by the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6). *See* Exhibit C, ¶6.

1

**Jurisdiction and Venue**

4. Venue is proper in this Court pursuant to 28 U.S.C. 1391 as BHLM conducts business in the Northern District of Illinois. *See* Exhibit C, ¶3.

5. Subject matter jurisdiction is conferred upon this Court by 15 U.S.C. §1692, the Fair Debt Collection Practices Act ("FDCPA"), as the action arises under the laws of the United States. *See* Exhibit C, ¶2.

**The Collection Case**

6. At some point in time, Plaintiff opened a revolving credit card account with Capital One Bank (USA), N.A. ("Plaintiff's account"). *See* Exhibit A, 7:18-8:23; Exhibit B, ¶2.

7. Plaintiff used the credit card to make purchases for personal purposes. *See* Exhibit B, ¶3.

8. On October 9, 2013, BHLM filed a complaint on behalf of Capital One Bank (USA), N.A. ("Capital One"), in the Circuit Court of Cook County, Illinois against Plaintiff. The case was captioned *Capital One Bank (USA), N.A. v. Konstantin Jelebinkov*, case number 2013 M1 155716 ("Collection Case"). *See* Exhibit D, a true and correct copy of the complaint filed by BHLM in the Collection Case; Exhibit C, ¶8.

9. The Collection Case lawsuit sought a judgment against Plaintiff in the amount of $4337.93 plus costs. *See* Exhibit D, pg. 2.

10. BHLM filed the Collection Case at the Richard J. Daley Courthouse. *See* Exhibit C, ¶9; Exhibit D.

11. The Richard J. Daley Center Courthouse serves the Circuit Court of Cook County's First Municipal District. *See* Exhibit E, attached hereto is a true and correct copy of a map of the Circuit Court of Cook County Municipal Districts and Courthouses.

12. Plaintiff resided at 7406 West Arcardia St., Morton Grove, Illinois at the time the Collection Case was filed. *See* Exhibit A, 4:7-10; Exhibit B, ¶5; Exhibit D.

13. Morton Grove, Illinois is located within Cook County, but is located within the Circuit Court of Cook County's Second Municipal District. *See* Exhibit E; Exhibit C, ¶14.

14. Plaintiff never signed a contract with Capital One in Cook County's First Municipal District. *See* Exhibit B, ¶6.

15. Plaintiff retained counsel to defend the Collection Case. *See* Exhibit A, 10:2-6; 12:3-13:23.

16. Plaintiff paid his counsel approximately $600.00, in addition to an appearance fee to defend the Collection Case. *Id.* at 13:17-23.

17. It is inconvenient and expensive for Plaintiff to travel to the downtown Chicago area. *Id.* at 44:16-45:2.

18. It takes Plaintiff approximately 15 minutes to drive from his home to the Skokie courthouse, which serves the Circuit Court of Cook County's Second Municipal District. *Id.* at 53:8-10.

19. It takes Plaintiff a couple of hours to travel from his home to the downtown Chicago area. *Id.* at 53:11-14.

## BHLM's Affirmative Defenses

20. BHLM asserts the following affirmative defenses:

   a) Plaintiff fails to state a claim upon which relief can be granted. *See* Exhibit C, pg.6.

   b) Plaintiff failed to mitigate his damages by failing to object to the improper venue in the Collection Case. *See* Exhibit C, pg. 6; Exhibit F, Response to Interrogatory

23, is a true and accurate copy of BHLM's Responses to Plaintiff's Interrogatories.

c) Any violation of the FDCPA was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error. Specifically, BHLM asserts that when it filed the Collection Case against Plaintiff, it was following the FDCPA's venue requirements as construed and applied by the Seventh Circuit in *Newsom v. Friedman,* 76 F.3d 813 (7th Cir. 1996). *See* Exhibit C, pg. 7; Exhibit F, Responses to Interrogatories 7, 8, 9, 17, 20, 21, and 22.

c) Plaintiff's damages, if any, were not caused by BHLM, but by another person or entity, including Plaintiff, for whom BHLM is not responsible and over whom BHLM exercises no control. *See* Exhibit C, pg. 7.

d) Plaintiff's claims may be barred by the doctrines of laches, estoppel, unclean hands, ratification, collateral estoppel, res judicata or waiver because Plaintiff failed to object to the improper venue in the collection case. *See* Exhibit C, pg. 7; Exhibit F, Response to Interrogatory 23.

e) Plaintiff's claims may be subject to arbitration. *See* Exhibit B, pg. 7.

                                                Respectfully submitted,

                                                /s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188