**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KONSTANTIN JELEBINKOV | ) | |
| | ) | |
| | ) | Case No. 1:14-cv-07372 |
| v. | ) | |
| Plaintiff, | ) | Honorable Andrea R. Wood |
| | ) | Mag. Judge Sidney I. Schenkier |
| | ) | |
| BLATT, HASENMILLER, | ) | |
| LEIBSKER & MOORE, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff, KONSTANTIN JELEBINKOV ("Plaintiff"), by and through his counsel, Sulaiman Law Group, Ltd., moving this Honorable Court for entry of summary judgment in his favor on his claims against Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM") for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692, and in support thereof, stating as follows:

1. On October 9, 2013, BHLM filed a debt collection case ("Collection Case") against Plaintiff in Cook County's First Municipal District.

2. At the time the Collection Case was filed, Plaintiff resided in Cook County's Second Municipal District.

3. Plaintiff did not sign the alleged contract that gave rise to the Collection Case in Cook County's First Municipal District.

4. 15 U.S.C. §1692i(a)(2) requires a debt collector to sue a consumer in either the judicial district or similar entity in which the consumer resides or signed the underlying contract.

5. Plaintiff is entitled to summary judgment for his FDCPA claim against BHLM because there is no genuine issue of material fact as it relates to the judicial district in which Plaintiff was

sued, the location of Plaintiff's residence when he was sued, or the location in which the alleged contract was signed.

6.  Notwithstanding the evident FDCPA liability, BHLM asserts numerous affirmative defenses.

7.  All of BLHM's affirmative defenses fail as a matter of law.

8.  In support of his motion, Plaintiff has filed a memorandum of law and a statement of material facts pursuant to Northern District of Illinois LR 56.1(a)(3).

WHEREFORE, Plaintiff, Konstantin Jelebinkov, respectfully requests that the Court enter summary judgment in his favor and against BHLM.

Respectfully submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630) 575-8181
(630) 575-8188