**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KONSTANTIN JELEBINKOV | |
| Plaintiff, | 1:14-cv-07372 |
| v. | Judge Andrea R. Wood |
| BLATT, HASENMILLER, LEIBSKER & MOORE, LLC | Magistrate Judge Sidney I. Schenkier |
| Defendant. | |

## DECLARATION OF KONSTANTIN JELEBINKOV

I, Konstantin Z. Jelebinkov, depose and state as follows:

1. I am over twenty-one (21) years of age and I am competent to make this declaration. If called as a witness at a trial or hearing in this case, I can testify to the matters as set forth herein from personal knowledge.

2. I opened a revolving credit card account ("subject account") with Capital One Bank (USA), National Association ("Capital One").

3. I used the credit card to make purchases for personal use.

4. On October 9, 2013, Capital One through its attorneys, Blatt, Hasenmiller, Leibsker & Moore, sued me as it relates to the subject account.

5. At the time the lawsuit was filed against me, I lived at 7406 West Arcadia Avenue, Morton Grove, IL.

6. I never signed a contract with Capital One in the Circuit Court of Cook County's First Municipal District.

I affirm under the penalties for perjury, that the following foregoing representations are true.

/s/ *KONSTANTIN JELEBINKOV*
Konstantin Jelebinkov
06/11/2015