2120 - Served 2220 - Not Served 2620 - Sec. of State (Rev. 10/06/1999)CCM1-12D
2121 - Alias Served 2221 - Alias Not Served 2621 - Alias Sec. Of State

**Returnable In**
**ROOM NO. 602, RICHARD J. DALEY CENTER**
**9:30 AM Sharp**
**In the Circuit Court of Cook County, Illinois**

Name All Parties

CAPITAL ONE BANK (USA), N.A.

**plaintiff-**

v.

KONSTANTIN Z JELEBINKOV

**defendant-**

No. 13M1 155716

Amount Claimed $4337.93 + costs

Return Date 11-18-13

1112

Serve KONSTANTIN Z JELEBINKOV At:
7406 ARCADIA ST
MORTON GROVE IL 60053-1763

**SUMMONS**

To each defendant:

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in Room 602, Richard J. Daley Center, Chicago, Illinois, at or before 9:30 AM on 11-18-13.
2. To file your answer to the complaint in Room 602 as required by Par. 3(c) in the Notice of Defendant Below.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the Officer:
this summons must be returned by the officer or person to whom it was given for service, with endorsement of service and fees, if any, immdiately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day of appearance.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE, IF CLAIM IS $1,500.00 OR LESS, THE FEE WILL BE $176.00, IN EXCESS OF $1,500.00 BUT NOT EXCEEDING, $15,000.00 THE FEE WILL BE $186.00, OVER $15,000.00 THE FEE WILL BE $206.00.**

WITNESS____________________,20___

/S/____________________
Clerk of the Court

**THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY AND ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Date of Service____________________,20___
(To be inserted by officer on copy left with defendant or other person)

Name: Blatt, Hasenmiller, Leibsker & Moore, LLC
Attorney for Plaintiff
Address: 125 S. Wacker Dr., Suite 400
City: Chicago, IL 60606
Telephone: (866) 269-9863
Atty. No.: 01237

PLTSCOOI (10/99) 2878812 LG1 SHF

DEFENDANT'S EXHIBIT #2
2-27-15

2878812

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT, COOK COUNTY**

CAPITAL ONE BANK (USA), N.A.

Plaintiff

vs.

KONSTANTIN Z JELEBINKOV

Defendant(s)

Case No.: 13M1 155716

Amount Claimed: $4337.93 + costs

Return Date: 11-18-13

**COMPLAINT**

1. The Plaintiff CAPITAL ONE BANK (USA), N.A., claims as follows:
2. The Defendant(s) KONSTANTIN Z JELEBINKOV Is/are a resident of COOK County, Illinois.
3. The Defendant(s) opened an account agreeing to make monthly payments for purchases charged to the account.
4. The Defendant(s) did make purchases and charged same to the account but failed to make the monthly payments called for on the account. There is a balance due and owing $4337.93. (See Client affidavit as Plaintiff's Exhibit No. 1.)
5. Plaintiff declared Defendant(s) to be in default and demands payment of balance.

**WHEREFORE,** the Plaintiff, CAPITAL ONE BANK (USA), N.A., prays for judgment against the Defendant(s), KONSTANTIN Z JELEBINKOV in the amount of $4337.93 plus costs.

Blatt, Hasenmiller, Leibsker & Moore LLC - 01237
125 South Wacker Drive, Suite 400
Chicago, IL 60606
(866) 269-9858
dlservice@bhlmlaw.com

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

BLCNNBP (02/2003)

2878812

**CAPITAL ONE BANK (USA), N.A.,**
*Plaintiff,*

v.

**KONSTANTIN Z JELEBINKOV**
*Defendant(s).*

**AFFIDAVIT**

PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, Kathy Cimburke, who states under oath as follows:

1. I am over 18 years old and competent to testify to the matters set forth herein. I am an employee of Capital One Services, LLC, ("COSLLC"), an agent and affiliate of Plaintiff **CAPITAL ONE BANK (USA), N.A.** ("Capital One"). COSLLC provides services to Capital One in connection with its credit card and related banking practices and my job responsibilities as Litigation Support Representative provide me with access to all relevant systems and documents of Capital One needed to validate the below information. I am authorized by Capital One to testify to the matters set forth herein. As a result of the scope of my job responsibilities, I have personal knowledge of the manner and method by which Capital One creates and maintains certain business books and records, including computer records of customer accounts.

2. The Capital One books and records are made in the course of Capital One's regularly conducted business activity and it is a regular practice of Capital One to make these books and records. Each of the Capital One books and records reviewed are made: (1) at or near the time the events they purport to describe occurred, by a person with knowledge of the acts and events; or, (2) by a computer or other similar digital means, which contemporaneously records an event as it occurs.

3. Capital One is the original creditor on this account. According to the books and records of Capital One, a Capital One account was opened in Defendant's(s') name for the purpose of obtaining an extension of credit. Subsequently, this account was used to acquire goods, services or cash advances


N00000042079320



EXHIBIT 1

in accordance with the Customer Agreement governing use of that account. Defendant(s) have failed to make the required periodic payments on the account.

4. The books and records of Capital One show that Defendant(s) is/are currently indebted to Capital One on account number XXXXXXXXXXXXXXXX for the just and true sum of **$4337.93** as of **09/12/2013**, and that all offsets, payments, and credits have been allowed. This balance is comprised of Defendant's(s') outstanding debt on the date the account charged off (including any pre-charge-off transactions, interest, and/or fees) less any offsets, payments, or credits applied to the account after the charge-off date.

5. Nothing in the books and records of Capital One indicate or show that the Defendant(s) is/are a minor/minors, is/are mentally incompetent or is/are otherwise incapacitated.

6. I declare under the penalty of perjury that the foregoing is true and correct and if called as a witness I would competently testify, under oath, thereto.

Given under my hand on:

Dated: 9/12/13

K. Cimburke
Kathy Cimburke

County of Chesterfield, to wit:
Commonwealth of Virginia

SUBSCRIBED and sworn to before me, the undersigned Notary Public in and for the jurisdiction aforesaid, by Kathy Cimburke, who is personally known to me and who acknowledged before me his/her signature to the foregoing Affidavit.

GIVEN under my hand and seal this 12 day of September, 2013.

Notary Public

N00000042079320
794063198
A021
BLATT, HASENMILLER, LEIBSKER & MOORE, L.L.C.






EXHIBIT 1

AFFIDAVIT AS TO MILITARY SERVICE

2327 (Rev. 09/05)

UNITED STATES OF AMERICA
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT, COOK COUNTY

CAPITAL ONE BANK (USA), N.A.

PLAINTIFF

VS.

KONSTANTIN Z JELEBINKOV

DEFENDANT

CASE NUMBER

13M1 155716

File Stamp Here

## AFFIDAVIT AS TO MILITARY SERVICE

I, attorney for Plaintiff, ____________________ on oath states:
(Affiant's Name and Address)

With respect to defendant KONSTANTIN Z JELEBINKOV, 7406 ARCADIA ST
(Defendant's Name and Address)

- [ ] the Defendant is
- [x] the Defendant is not
- [ ] I am unable to determine whether the Defendant is

in the military service of the United States of America.

This affidavit is based on these facts: Search of Department of Defense Manpower Data Center Website (www.dmdc.osd.mil/scra/owa/scra.home).

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above signed certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the above signed certifies as aforesaid that he verily believes the same is true.

Name: Blatt, Hasenmiller, Leibsker & Moore, LLC
Attorney Number: 01237
Attorney for: Plaintiff
Address: 125 S. Wacker, Suite 400
City/State/Zip: Chicago, IL 60606
Telephone: (312)704-9440

- [ ] PRO SE